IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDIANAPOLIS DOWNS, LLC, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 11-11046 (BLS)<br>(Jointly Administered) |
| INDIANAPOLIS DOWNS, LLC and<br>INDIANA DOWNS CAPITAL CORP.<br><br>Plaintiffs,<br><br>v.<br><br>POWER PLANT ENTERTAINMENT<br>CASINO RESORTS, INDIANA, LLC; et al.,<br><br>Defendants. | Adversary No. 11-51996 (BLS)<br><br>Re Dkt No.: |

### ORDER GRANTING THE MOTION OF THE AD HOC SECOND LIEN COMMITTEE TO INTERVENE IN ADVERSARY PROCEEDING NO. 11-51996 PURSUANT TO 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 7024

Upon consideration of the *Motion of the Ad Hoc Second Lien Committee to Intervene in Adversary Proceeding No. 11-51996 Pursuant to 11 U.S.C. § 1109(b) and Fed. R Bankr. P. 7024* (the "Motion"), the memorandum of law in support of the Motion (the "Memorandum in Support"), and any timely response in opposition to the Motion, it appearing that notice of the Motion was reasonable, sufficient and proper under the particular circumstances, for the reasons set forth in the Memorandum in Support, it is hereby:

ORDERED, that the Motion is granted;

ORDERED, that the Ad Hoc Second Lien Committee is authorized to intervene as a plaintiff in the above-captioned adversary proceeding; and

ORDERED, that the complaint accompanying the Motion is deemed filed and served upon all defendants as of the date of this Order.

Dated: June 10, 2011
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

2